| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>ROSENTHAL, LEE H. | 2. Court or Organization<br><br>U.S.D.C.-S.D.TX | 3. Date of Report<br><br>08/10/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S.DISTRICT JUDGE-ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>515 RUSK<br>ROOM 11535<br>HOUSTON, TEXAS 77002 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER, BOARD OF TRUSTEES | THE KINKAID SCHOOL |
| 2. MEMBER, BOARD OF OVERSEERS | THE RAND INSTITUTE FOR CIVIL JUSTICE |
| 3. MEMBER, BOARD OF TRUSTEES | RICE UNIVERSITY |
| 4. MEMBER, BOARD OF TRUSTEES | CENTER FOR AMERICAN AND INTERNATIONAL LAW |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | LSU Law Foundation | $8,764.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | OIL STATES INTERNATIONAL, INC.: DIRECTOR'S FEES |
| 2. | 2011 | THE STERLING GROUP LP AND RELATED ENTITIES: PARTNER DISTRIBUTION |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN LAW INSTITUTE | JANUARY 19-21, 2011 | PHILADELPHIA, PA | COUNCIL MEETING | AIRFARE, HOTEL & GROUND TRANSPORTATION |
| 2. | HARVARD/LEWIS & CLARK | FEBRUARY 26-27, 2011 | CAMBRIDGE, MA | MOOT COURT PANELIST | GROUND TRANSPORTATION |
| 3. | UNIVERSITY OF TEXAS | MARCH 1, 2011 | AUSTIN, TX | SPEAKER | AIRFARE, MEALS & GROUND TRANSPORTATION |
| 4. | AMERICAN BAR ASSOCIATION | APRIL 9, 2011 | NEW ORLEANS, LA | SPEAKER | AIRFARE & GROUND TRANSPORTATION |
| 5. | UNIVERSITY OF ILLINOIS | APRIL 13-14, 2011 | CHAMPAIGN, IL | MOOT COURT PANELIST | AIRFARE & GROUND TRANSPORTATION |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSENTHAL, LEE H. | 08/10/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | AMERICAN LAW INSTITUTE | JUNE 16, 2011 | PHILADELPHIA, PA | ADVISORS MEETING | AIRFARE & GROUND TRANSPORTATION |
| 7. | LSU FOUNDATION | JULY 1-25, 2011 | LYON, FRANCE | TEACHER | AIRFARE, HOUSING, TELEPHONE, MEALS & TRANSPORTATION |
| 8. | SEATTLE UNIVERSITY LAW SCHOOL | SEPTEMBER 15-17, 2011 | SEATTLE, WASHINGTON | PANELIST | MEALS & GROUND TRANSPORTATION |
| 9. | UNIVERSITY OF TEXAS LAW SCHOOL | OCTOBER 5, 2011 | AUSTIN, TX | SPEAKER | AIRFARE & GROUND TRANSPORTATION |
| 10. | SEDONA CONFERENCE | OCTOBER 6-7, 2011 | AUSTIN, TX | SPEAKER | AIRFARE, HOTEL, MEALS & GROUND TRANSPORTATION |
| 11. | AMERICAN LAW INSTITUTE | OCTOBER 20-21, 2011 | NEW YORK, NY | COUNCIL MEETING | AIRFARE & GROUND TRANSPORTATION |
| 12. | IAALS AT THE UNIVERSITY OF DENVER | OCTOBER 27-28, 2011 | DENVER, CO | AWARD RECIPIENT | GROUND TRANSPORTATION |
| 13. | DUKE UNIVERSITY | OCTOBER 21-22, 2011 | DURHAM, NC | BOARD MEETING | AIRFARE, HOTEL & GROUND TRANSPORTATION |
| 14. | GEORGETOWN UNIVERSITY | NOVEMBER 16-18, 2011 | WASHINGTON, DC | PANELIST | AIRFARE, MEALS & GROUND TRANSPORTATION |
| 15. | PA ASSOC. OF CRIMINAL DEFENSE LAWYERS | NOVEMBER 18-29, 2011 | PHILDELPHIA, PA | PANELIST | AIRFARE, MOTEL, GROUND TRANSPORTATION & MISC. |
| 16. | STANFORD LAW SCHOOL/UNIVERSITY OF OXFORD | DECEMBER 5-11, 2011 | THE HAGUE | PANELIST | AIRFARE, MEALS & GROUND TRANSPORTATION |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing Instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/10/2012 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Amegy Bank Account | B | int | K | T | | | | | |
| Arkansas St College 0.00% due 6/1/15 | | None | N | T | | | | | |
| Austin TX Wtr 5.00% due 5/15/35 | D | int | N | T | | | | | |
| Azle TX ISD 0.00% due 2/15/14 | | None | N | T | | | | | |
| Bexar Cty, TX GO 5.25% due 6/15/23 | E | int | N | T | | | | | |
| Brazos Cty, TX 5.00% due 9/1/25 | D | int | N | T | | | | | |
| Chicago Brd Ed 0.00% due 12/1/19 | | None | L | T | | | | | |
| Clackamas OR Cmty Col 5.25% due 6/15/11 | D | int | | | redemption | 6/15 | N | | |
| College Station ISD 4.6250% due 9/15/20 | D | int | N | T | | | | | |
| Dallas, TX 5.00% due 2/15/24 | D | int | N | T | | | | | |
| Denton, TX ISD 0.00% due 8/15/23 | | None | N | T | | | | | |
| District Columbia 5.00% due 6/1/17 | E | int | N | T | | | | | |
| Ft. Bend TX ISD 0.00% due 8/15/15 | | None | M | T | | | | | |
| Grand Prairie, TX ISD 0.00% due 8/15/33 | | None | M | T | | | | | |
| Grapevine-Colleyville ISD 0.00% due 8/15/23 | | None | M | T | | | | | |
| Harris Cty, TX, 3.25% due 10/1/12 | D | int | N | T | | | | | |
| Harris Cty, TX, 5.75% due 10/1/14 | E | int | N | T | | | | | |
| Harris Cty, TX, 5.00% due 10/1/19 | D | int | N | T | | | | | |
| Harris Cty, TX, 5.75% due 10/1/20 | D | int | N | T | | | | | |
| Houston, TX ISD 5.00% due 2/15/22 | D | int | N | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 24.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/10/2012 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Houston, TX Wtr-Swr 5.50% due 12/1/11 | E | int | | | redemption | 6/15 | O | | |
| Houston, TX Wtr-Swr 5.00% due 12/1/30 | E | int | O | T | | | | | |
| Houston, TX Pub Impt 5.375% due 3/1/15 | D | int | M | T | | | | | |
| Houston, TX Pub Impt 5.00% due 3/1/20 | E | int | O | T | | | | | |
| Laredo TX ISD 0.00% due 08/01/23 | | None | M | T | | | | | |
| Leander TX ISD 0.00% due 8/15/20 | | None | N | T | | | | | |
| Leander TX ISD 0.00% due 8/15/21  (12) | | None | M | T | | | | | |
| Leander TX ISD 0.00% due 8/15/22 | | None | M | T | | | | | |
| Leander TX ISD 0.00% due 8/15/23 | | None | N | T | | | | | |
| Leander TX ISD 0.00% due 8/15/25 | | None | N | T | | | | | |
| Lewisville TX ISD 0.00% due 8/15/21 | | None | O | T | | | | | |
| Massachusetts St. Ons 5.25% due 11/1/30 | E | int | O | T | | | | | |
| Massachusetts St Spl Obg 5.00% due 6/1/21 | D | int | N | T | | | | | |
| Mesquite TX ISD 0.00% due 8/15/32 | | None | N | T | | | | | |
| Midlothian TX ISD 0.00% due 2/15/22 | | None | N | T | | | | | |
| New Haven, MI Schs 5.25% due 5/1/22 | E | int | O | T | | | | | |
| Northwest, TX ISD 5.00% due 2/15/16 | D | int | M | T | | | | | |
| Plano TX 5.00% due 9/1/18 | D | int | | | redeemed | 9/1 | M | A | |
| Royse City, TX ISD 0.00% due 8/15/25 | | None | N | T | | | | | |
| Schertz-Cibolo-Unvl City, TX 0.00% due 2/1/24 | | None | M | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/10/2012 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Schertz-Cibolo-Unvl City, TX 0.00% due 2/1/25 | | None | N | T | | | | | |
| Snohomish Cty WA ISD 5.25% due 12/1/24 | D | int | N | T | | | | | |
| St of Florida 6.375% due 7/1/12 | E | int | O | T | | | | | |
| St of Illinois 5.00% due 6/1/22 | D | int | M | T | | | | | |
| St of Washington BO 0.00% due 12/01/21 | | None | O | T | | | | | |
| Texarkana, TX ISD 0.00% due 2/15/26 | | None | M | T | | | | | |
| TX Water Dev 5.00% due 10/1/23 | D | int | M | T | | | | | |
| University TX Univ 5.25% due 7/1/21 | E | int | O | T | | | | | |
| University TX Univ 4.50% due 7/1/33 | | None | M | T | buy | 12/15 | M | | |
| Weatherford, TX ISD 0.00% due 2/15/28 | | None | | | redeemed | 2/15 | M | A | |
| Wylie, TX ISD 0.00% due 8/15/17 | | None | M | T | | | | | |
| Wylie, TX ISD 0.00% due 8/15/19 | | None | N | T | | | | | |
| Wylie, TX ISD 0.00% due 8/15/23 | | None | M | T | | | | | |
| JP Morgan Chase-Checking | | None | J | T | | | | | |
| HSA Bank | A | int | K | T | | | | | |
| Merrill Lynch Reserves (SP) | A | int | J | T | | | | | |
| American Express Bank, FSB | E | int | P1 | T | | | | | |
| AIF V Private Investors LLC | | (1) | L | U(1) | sell | (1) | J | | |
| AIF VI Private Investors LLC | | (1) | O | U(1) | sell | (1) | K | | |
| AIF VII Private Investors LLC | | (1) | N | U(1) | buy | (1) | L | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| APAX Europe VII Private Investors, LLC | | (1) | N | U(1) | sell | (1) | J | | |
| Atlantic Trust Company, N.A. | A | div | J | T | | | | | |
| Avalon Advisors, L.P. | | (1) | | | final sell | (1) | M | | The Carlyle Group, L.P. |
| Blackstone Natural Resources I, LP | | (1) | N | U(1) | sell | (1) | M | | |
| Blackstone Natural Resources II,LP | | (1) | M | U(1) | sell | (1) | K | | |
| Blackstone Natural Resources III,LP | | (1) | N | U(1) | sell | (1) | K | | |
| Blackstone Hatfield Royalty, L.P. | | (1) | L | U(1) | sell | (1) | J | | |
| Blackstone Ivory Working Interests, LP | | (1) | M | U(1) | sell | (1) (b) | M | | |
| Blackstone Overline Acquistion, L.P. | | (1) | L | U(1) | sell | (1) | K | | |
| Blackstone Ivory Acquisition Partners, L.P. (direct) | | (1) (b) | (1) (b) | | (1) (b) | (1) (b) | | | |
| Blackstone O'Connell Partners, LP | | (1) | L | U(1) | sell | (1) | J | | |
| Blackstone Raptor, L.P. | | (1) | N | U(1) | sell | (1) | K | | |
| Arrowhead Research Corp | None | (11) | (11) | | | | | | |
| Brand Energy-Common | None | M | U(1) | buy | 6/1 | M | | | |
| Buckeye Partners, LP | | (1) | | | distribution | 1/11 | J | | distribution from First Reserve XI |
| | | | | | final sell | (1) | J | | |
| Carlyle Asia Partners II | | (1) | O | U(1) | sell | (1) | M | | |
| Carlyle Japan International Partners II, L.P. | | (1) | L | U(1) | buy | (1) | K | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/10/2012 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| CIE-Common | | None | M | T | buy | 7/1 | M | | |
| | | | | | partial buy | 8/9 | K | | |
| | | | | | partial buy | 8/12 | K | | |
| | | | | | partial buy | 8/16 | J | | |
| | | | | | partial buy | 8/16 | J | | |
| | | | | | partial sell | 8/10 | L | | |
| | | | | | partial buy | 8/23 | J | | |
| CJIP II Limited, L.P. | | (1) | K | U(1) | buy | (1) | K | | |
| CD&R Fund VII Private Investors, LLC | | (1) | O | U(1) | sell | (1) | M | | |
| CB-Common | B | div | | | sell | 1/24 | M | C | |
| Emerald Marina Bay | | (1) | M | U(1) | | | | | |
| Emerald Cambridge | | (1) | J | U(1) | | | | | |
| Emerald Marina Cove | | (1) | J | U(1) | | | | | |
| Emerald Marina Shores | | (1) | J | U(1) | | | | | |
| Energy Capital Investors Fund, LLC | | (1) | M | U(1) | buy | (1) | K | | |
| EOG-Common | | None | | | buy | 8/19 | L | | |
| | | | | | partial buy | 8/23 | K | | |
| | | | | | partial buy | 8/29 | K | | |
| | | | | | sell | 9/6 | L | | |
| EQIX-Common | | None | | | sell | 1/28 | M | F | |

| 1 | Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000 |
|---|---|
| 2 | Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more |
| 3 | Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated |

See explanatory footnotes on page 24.

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| FAIRX-Common | | None | | | partial sell | 4/28 | M | A | |
| | | | | | sell | 10/31 | L | | |
| FDC Group McKinney, Ltd | | (1) | M | U(1) | buy | (1) | L | | |
| First Reserve Fund XI, L.P. | | (1) | | | final sell | 3/31 | N | | Amberbook V LLC |
| First Reserve Fund XII, L.P. | | (1) | | | final sell | 3/31 | M | | Amberbook V LLC |
| Goldman Sachs Bank | A | int/div | K | T | | | | | |
| Goldman Mt. Kellett | | (1) | O | U(1) | buy | (1) | O | | |
| Goldman Mt. Kellett II | | (1) | N | U(1) | buy | (1) | N | | |
| Hawkins Investment Partnership | | (1) | P2 | U(1) | buy | (1) | O | | |
| HCI Investment LLC | | (1) | J | U(1) | | | | | |
| HDV-ETF | C | int/div | N | T | buy | 4/28 | M | | |
| | | | | | partial buy | 8/30 | L | | |
| Heaney Rosenthal Inc. | | (1) | J | U(1) | partial buy | 6/20 | J | | |
| | | | | | partial buy | 12/15 | K | | |
| HMTF Europe Private Fund | | (1) | J | U(1) | | | | | |
| HMTF Fund IV | | (1) | K | U(1) | sell | (1) | K | | |
| INTC-Common | | None | | | sell | 1/10 | M | | |
| IXC-Common | E | div | O | T | | | | | |
| IYK-Common | E | div | P1 | T | partial buy | 8/30 | N | | |
| | | | | | partial sell | 10/31 | N | D | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/10/2012 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| JPMorgan Chase Investment Account | A | int | M | T | | | | | |
| KKR 2006 Private Investors, LLC | | (1) (a) | (1) (a) | (1) (a) | | | | | |
| KMI-Common | B | div | M | T | buy | 10/13 | M | | |
| Merrill Lynch Reserves (CMA) | D | int/div | O | T | | | | | |
| NOA-Common | | None | L | T | | | | | |
| Neffis Holdings, LLC | | (1) | | | final K-1 | (1) | J | | |
| NSRGY ADR | | None | | | sell | 1/24 | N | C | |
| NTRS-Common | B | div | | | partial sell | 1/24 | N | D | |
| | | | | | partial buy | 8/19 | L | | |
| | | | | | partial buy | 8/23 | K | | |
| | | | | | sell | 9/6 | L | | |
| OIS-Restricted Stock | | None | (9) | (9) | | | | | |
| OIS-Common | | None | P1 | T | partial buy | 9/6 | M | | |
| | | | | | partial buy | 9/13 | K | | |
| | | | | | partial buy | 9/22 | L | | |
| PEP-Common | B | div | | | sell | 1/24 | M | D | |
| PG-Common | B | div | | | sell | 1/24 | M | D | |
| Platform Partners, LLC | | (1) | O | U(1) | buy | (1) | K | | |
| SCFIV-3i, L.P. | | | | | Partnership wound up in 2010 | | | | |
| SCF-V, L.P. | | (1) | L | U(1) | buy | (1) | J | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 24.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/10/2012 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| SCF-VI, L.P. | | (1) | N | U(1) | buy | (1) | J | | |
| SCF-VI Offshore, L.P. (12) | | (1) | K | U(1) | sell | (1) | N | | |
| SCF-VII, L.P. | | (1) | N | U(1) | buy | (1) | M | | |
| Seminole | | (1) | L | U(1) | buy | (1) | J | | |
| SJKI-Common | | None | L | T | | | | | |
| SRE Properties, LP | | (1) | J | U(1) | sell | (1) | J | | |
| Sterling Group Partners I, LP #1 | | (1) | N | U(1) | | | | | |
| Sterling Group, LP | | (1) | L | U(1) | partial sell | (1) | L | | |
| Sterling Group Investments, LLC | | (1) | K | U(1) | | | | | |
| Sterling Group GP LLC | | (1) | J | U(1) | | | | | |
| Sterling Group Management, LP | | (1) | P1 | U(1) | partial sell | (1) | N | | |
| Sterling Group Investor Partners II, LP | | (1) | M | U(1) | | | | | |
| Sterling: Velcon | | See Sterling: Velcon on Page 13 | | | partial buy | 3/24 | L | | |
| Sterling: BTEC | | See Sterling: BTEC on Page 13 | | | partial sell | 4/6 | J | | |
| Sterling: CST | | See Sterling: CST on Page 13 | | | partial buy | 12/15 | L | | |
| Sterling Group Partners II GP, LP | | (1) | M | U(1) | | | | | |
| Sterling: Velcon | | See Sterling: Velcon on Page 13 | | | partial buy | 3/24 | J | | |
| Sterling: BTEC | | See Sterling: BTEC on Page 13 | | | partial sell | 4/6 | J | | |
| Sterling: CST | | See Sterling: CST on Page 13 | | | partial buy | 12/15 | J | | |
| Sterling Group Management III, LP | | (1) | K | U(1) | partial sell | (1) | P1 | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

12

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Sterling Group Investor Partners III, LP | | (1) | N | U(1) | | | | | |
| Sterling: Liqui-Box | | | | | buy | 12/15 | M | | |
| Sterling Group Partners III GP, LP | | (1) | L | U(1) | | | | | |
| Sterling: Liqui-Box | | | | | buy | 12/15 | K | | |
| Sterling Group Investor Partners III(AIV), L.P. | | (1) | M | U(1) | | | | | |
| Sterling: Stackpole | | | | | buy | 7/25 | N | | |
| Sterling Group Partners III (AIV GP), L.P. | | (1) | K | U(1) | | | | | |
| Sterling: Stackpole | | | | | buy | 7/25 | L | | |
| Sterling Group Partners (AIV GP), Ltd. | | (1) | J | U(1) | | | | | |
| Sterling: Stackpole | | | | | buy | 7/25 | J | | |
| Sterling: Panolam | | (1) | J | U(1) | | | | | |
| Sterling: CST Industries | | (1) | L | U(1) | | | | | |
| Sterling: RSG | | (1) | O | U(1) | | | | | |
| Sterling: Hudson Products | Y | | | | | | | | |
| Sterling: Universal Fibers | | (1) | N | U(1) | | | | | |
| Sterling: BTEC | | (1) | K | U(1) | | | | | |
| Sterling: Velcon | | (1) | M | U(1) | | | | | |
| Sterling: B&G | | (1) | L | U(1) | | | | | |
| Sterling: Express | | (1) | M | U(1) | | | | | |
| Sterling: Saxco | | (1) | N | U(1) | | | | | |

1  Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2  Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more

3  Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 24.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/10/2012 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Sterling: Stackpole | | (1) | N | U(1) | | | | | |
| Sterling: Liqui-Box | | (1) | M | U(1) | | | | | |
| The Sterling Group, L.P. 401(k):FA Stable Value | A | div/int | M | T | | | | | |
| Sternhill Affiliates I, LP | | (1) | J | U(1) | sell | (1) | J | | |
| Sternhill Partners I, LP | | (1) | J | U(1) | sell | (1) | K | | |
| CapStreet II, LP | | (1) | J | U(1) | sell | (1) | K | | |
| CapStreet Parallel II, LP | | (1) | J | U(1) | sell | (1) | K | | |
| JP Morgan Chase-Checking, Houston, TX | | None | J | T | | | | | |
| JP Morgan Chase-Checking, Houston, TX-S | | None | K | T | | | | | |
| TROW-Common | D | div | M | T | | | | | |
| VIG-ETF | D | div | | | partial buy | 1/24 | O | | |
| | | | | | partial sell | 1/28 | L | | |
| | | | | | partial buy | 3/21 | M | | |
| | | | | | partial sell | 8/30 | N | | |
| | | | | | sell | 10/13 | N | | |
| VMSXX-Mutual Fund | A | div/int | J | T | | | | | |
| VTCLX-Mutual Fund | A | div/int | | | partial sell | 8/30 | N | G | |
| | | | | | partial sell | 8/31 | N | G | |
| | | | | | sell | 10/3 | N | G | |
| VUSXX-Mutual Fund | A | div/int | J | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| VLCAX-Mutual Fund | B | div/int | | | partial sell | 2/22 | M | E | |
| | | | | | sell | 8/31 | M | E | |
| VWIUX-Mutual Fund | B | div/int | | | buy | 2/28 | O | | |
| | | | | | partial sell | 3/11 | N | | |
| | | | | | sell | 3/21 | N | A | |
| WIFI-Common | | None | K | T | distribution | 12/7 | J | | Distribution from Sternhill Partners |
| | | | | | distribution | 12/7 | J | | Distributions from Sternhill Affiliates |
| | | | | | partial sell | 12/21 | J | D | |
| WLR Recovery IV Investors, LLC | | (1) | M | U(1) | buy | (1) | K | | |
| XLP-ETF | C | div | N | T | buy | 10/3 | N | | |
| | | | | | partial buy | 10/13 | L | | |
| Certain LLC 1/18 | | (1) | J | U(1) | partial buy | (1) | J | | |
| Certain Limited Partners 1/39 | | (1) | K | U(1) | partial buy | (1) | J | | |
| Certain Limited Partners 2/54 | | | | | | | | | |
| - Elliott Associates, L.P. | | (1) | P1 | U(1) | buy | (1) | P1 | | |
| - West Cam, L.P. | | (1) | J | U(1) | sell | (1) | M | | |
| - MP GEO, LLC | | (1) | J | U(1) | sell | (1) | L | | |
| - Midland Basin GEO, LLC | | (1) | L | U(1) | buy | (1) | L | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 8/10/2012 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Certain LLC 2/54 | | | | | | | | | |
| - Elliott Associates, L.P. | | (1) | L | U(1) | buy | (1) | L | | |
| - West Cam, L.P. | | (1) | J | U(1) | sell | (1) | J | | |
| - MP GEO, LLC | | (1) | J | U(1) | sell | (1) | J | | |
| - Midland Basin GEO, LLC | | (1) | J | U(1) | buy | (1) | J | | |
| IRA #1 (2) | B | div/int | P1 | T/U | | | | | |
| US Treasury Zero% Obligations | | | | | | | | | |
| Merrill Lynch Cash Reserves | | | | | | | | | |
| Amegy Bank Account | | | | | | | | | |
| VUSXX-Mutual Fund | | | | | | | | | |
| IRA #2 (2) | E | div/int | P2 | T/U | | | | | |
| Merrill Lynch Cash Reserves | | | | | | | | | |
| US Treasury Zero% Obligations | | | | | | | | | |
| US Treas 2.375% due 11/15/17 | | | | | | | | | |
| Amegy Bank Account | | | | | | | | | |
| CB-Common Stock | | | | | sell | 2/7 | M | E | |
| DEO-Common Stock | | | | | sell | 2/7 | N | G | |
| FAIRX-Mutual Fund | | | | | partial sell | 4/29 | M | B | |
| GS Liberty Harbor | | | | | | | | | |
| Hawkins Investment Partnership, L.P. | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/10/2012 |

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| HDV-ETF | | | | | buy | 4/28 | M | | |
| SJKI-Common Stock | | | | | | | | | |
| VUSXX-Mutual Fund | | | | | | | | | |
| VMMXX-Mutual Fund | | | | | | | | | |
| VMSXX-Mutual Fund | | | | | buy | 10/21 | N | | |
| WRI-Investors Shares | | | | | sell | 4/4 | M | | |
| VIG-ETF | | | | | partial buy | 2/7 | O | | |
| | | | | | partial buy | 4/4 | M | | |
| | | | | | partial sell | 4/4 | M | | |
| *The F Trust (2)* | D | div | N | V | | | | | |
| - John Hancock Life Policy Equity Income | | | | | | | | | |
| - ING/Security Life Policy AIM VI Core Equity | | | | | | | | | |
| - Prudential Life Paid Up Policy | | | | | | | | | |
| *The XYZ Trust (2)* | F | div/int/royalt | P2 | T/U | | | | | |
| - AIF V Private Investors LLC | | | | | sell | (1) | J | | |
| - AIF VI Private Investors LLC | | | | | sell | (1) | K | | |
| - AIF VII Private Investors LLC | | | | | buy | (1) | K | | |
| - Atlantic Trust Company, N.A. | | | | | | | | | |
| - Avalon Advisors, L.P. | | | | | final sell | (1) | L | | The Carlyle Group, L.P. |
| - Arrowhead Research Corp | | | | | | | | | |
| - Brand Energy-Common | | | | | buy | 6/11 | L | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - Buckeye Partners, L.P. | | | | | distribution | 1/11 | J | | distribution from First Reserve XI |
| | | | | | final sell | (1) | J | | |
| - Carlyle Asia Partners II | | | | | sell | (1) | M | | |
| - CD&R Fund VII Private Investors, LLC | | | | | sell | (1) | L | | |
| - CIE-Common | | | | | buy | 8/15 | K | | |
| | | | | | partial buy | 8/24 | J | | |
| - Emerald Cambridge LLC | | | | | | | | | |
| - Emerald Marina Cove LLC | | | | | | | | | |
| - Emerald Marina Shores LLC | | | | | | | | | |
| - Energy Capital Investors Fund, LLC | | | | | buy | (1) | J | | |
| - EQIX-Common | | | | | sell | 4/5 | K | E | |
| - FDC Group McKinney, Ltd. | | | | | buy | (1) | L | | |
| - First Reserve Fund XI, L.P. | | | | | final sell | 3/31 | M | | Amberbook V LLC |
| - First Reserve Fund XII, L.P. | | | | | final sell | 3/31 | M | | Amberbook V LLC |
| - Goldman Sachs Bank Acct | | | | | | | | | |
| - Goldman Sachs KMI Investors, L.P. | | | | | sell | (1) | N | | |
| - Goldman Mt. Kellett | | | | | buy | (1) | L | | |
| - Goldman Mt. Kellett II | | | | | buy | (1) | M | | |
| - Hawkins Investment Partnership, L.P. | | | | | | | | | |
| - HMTF Fund IV | | | | | sell | (1) | K | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - HMTF Europe Private Fund | | | | | | | | | |
| - IYK | | | | | | | | | |
| - JPMorgan Chase Investment Account | | | | | | | | | |
| - KKR 2006 Private Investors, LLC | | | | | buy | (1) | M | | |
| - Merrill Lynch Reserves | | | | | | | | | |
| - Neffis Holdings, Inc. | | | | | final K-1 | (1) | J | | |
| - Platform Partners LLC | | | | | sell | (1) | K | | |
| - SCF-IV-3I, L.P. | | | | | Partnership wound up in 2010 | | | | |
| - SCF V, L.P. | | | | | buy | (1) | J | | |
| - SCF VI, L.P. | | | | | buy | (1) | J | | |
| - SCF-VI Offshore (12) | | | | | sell | (1) | M | | |
| - SCF VII, L.P. | | | | | buy | (1) | L | | |
| - Seminole | | | | | buy | (1) | J | | |
| - Sterling Group Partners I, L.P. | | | | | | | | | |
| - Sterling Group Partners III GP, LP | | | | | | | | | |
| - Sterling Group Investor Partners III LP | | | | | partial buy | (1) | L | | |
| - Sterling Group Investor Partners III (AIV), L.P. | | | | | buy | (1) | M | | |
| - Sternhill Partners I, LP | | | | | sell | (1) | K | | |
| - Sternhill Affiliates I, LP | | | | | sell | (1) | J | | |
| - SJKI-Common | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/10/2012 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp- tion) | (2) Date: Month- Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - SRE Properties, LP | | | | | sell | (1) | J | | |
| - CapStreet II, LP | | | | | sell | (1) | J | | |
| - CapStreet Parallel II, LP | | | | | sell | (1) | K | | |
| - Certain Limited Partners 1/39 | | | | | buy | (1) | J | | |
| - Certain Limited Partners 2/54 | | | | | | | | | |
| - Elliott Associates, L.P. | | | | | buy | (1) | P1 | | |
| - West Cam, L.P. | | | | | sell | (13) | M | | |
| - MP GEO, LLC | | | | | sell | (13) | K | | |
| - Midland Basin GEO, LLC | | | | | buy | (13) | K | | |
| - VEA | | | | | sell | 8/31 | M | E | |
| - VUSXX-Mutual Fund | | | | | | | | | |
| - VTCLX-Mutual Fund | | | | | partial sell | 10/31 | N | G | |
| - VMSXX-Mutual Fund | | | | | | | | | |
| - VGTSX-Mutual Fund | | | | | sell | 8/31 | M | E | |
| - WIFI-Common | | | | | distribution | 12/7 | K | | Distribution from Sternhill Partners |
| | | | | | distribution | 12/7 | J | | Distribution from Sternhill Affiliates |
| - WLR Recovery IV Investors, LLC | | | | | buy | (1) | K | | |
| *The Z Trust (2)* | X | A | div/int | P1 | T | | | | |
| - Merrill Lynch CMA | | | | | | | | | |
| - Vanguard | | | | | | | | | |

| | |
|---|---|
| 1 | Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000 |
| 2 | Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more |
| 3 | Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated |
| See explanatory footnotes on page 24. |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - Sterling Group Management, L.P. | | | | | | | | | |
| Sterling: CST Industries | | | | | partial buy | 12/15 | K | | |
| Sterling: RSG | | | | | | | | | |
| Sterling: Universal Fibers | | | | | | | | | |
| Sterling: Velcon | | | | | | | | | |
| Sterling: B&G | | | | | | | | | |
| Sterling: Express | | | | | | | | | |
| *#2 Trust (R8) (2)* | D | div/int | P1 | T | | | | | |
| - Merrill Lynch Reserves | | | | | | | | | |
| - Amegy Bank Account | | | | | | | | | |
| - IYK | | | | | | | | | |
| - VIG | | | | | sell | 10/25 | M | | |
| - VTCLX-Mutual Fund | | | | | partial sell | 10/25 | P | G | |
| - VTGLX-Mutual Fund | | | | | sell | 8/31 | L | E | |
| - VUSXX-Mutual Fund | | | | | | | | | |
| - VMSXX-Mutual Fund | | | | | | | | | |
| - VWNFX-Mutual Fund | | | | | sell | 10/25 | K | B | |
| *#3 Trust (H8) (2)* | D | div/int | O | T | | | | | |
| - Merrill Lynch Reserves | | | | | | | | | |
| - XLP-ETF | | | | | buy | 10/18 | L | | |

| | |
|---|---|
| 1 | Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000 |
| 2 | Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more |
| 3 | Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated |
| See explanatory footnotes on page 24. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/10/2012 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy,sell<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day<br><br>(2) | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| - VTCLX-Mutual Fund | | | | | | | | | |
| - VUSXX-Mutual Fund | | | | | | | | | |
| - VMSXX-Mutual Fund | | | | | | | | | |
| - VFIAX-Mutual Fund | | | | | sell | 10/13 | M | E | |
| *U.S. Savings Bonds (3)* | | None | N | T | | | | | |
| VUSXX-Mutual Fund #1 | A | div/int | K | T | | | | | |
| VMSXX-Mutual Fund #1 | A | div/int | M | T | | | | | |
| VUSXX-Mutual Fund #2 | Y | | | | | | | | |
| VMSXX-Mutual Fund #2 | Y | | | | | | | | |
| Amegy Bank Account #2 | Y | | | | | | | | |
| VUSXX-Mutual Fund #3 | A | div/int | J | T | | | | | |
| VMSXX-Mutual Fund #3 | A | div/int | J | T | | | | | |
| Amegy Bank Account #3 | B | int | M | T | | | | | |
| VUSXX-Mutual Fund #4 | A | div/int | J | T | | | | | |
| VMSXX-Mutual Fund #4 | A | div/int | J | T | | | | | |
| Amegy Bank Account #4 | B | int | M | T | | | | | |
| Merrill Lynch Reserves #1 | A | div/int | L | T | | | | | |

1 Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/10/2012 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp- tion) | (2) Date: Month- Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Merrill Lynch Reserves #2 | Y | | | | | | | | |
| - VEU | Y | | | | | | | | |
| - MGC | Y | | | | | | | | |
| Merrill Lynch Reserves #3 | A | div/int | K | T | | | | | |
| Merrill Lynch Reserves #4 | A | div/int | K | T | | | | | |
| JPM Chase Checking #3 | | None | J | T | | | | | |
| JPM Chase Checking #4 | | None | J | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ LEE H. ROSENTHAL

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544